UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------
UNITED STATES OF AMERICA

-vs-

Michael Harris,
        Defendant.
---------------------------------------------------

**ORDER**

CR-03-610(FB)

On July 25, 2005 the Court of Appeals issued a summary order affirming the defendant's conviction and remanding this case for re-sentencing in conformity with *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005). Accordingly it is

HEREBY ORDERED the defendant shall notify the Court within 30 days of this order as to whether this matter should be scheduled for re-sentencing.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
      July 26, 2005

cc.: AUSA Sean Haran,
    Lawrence Gerzog, Esq.